UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY WUESTHOFF and
GEORGE WUESTHOFF,

    Plaintiffs,

v.                                        CASE NO: 8:06-cv-112-T-30AJ

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER**

    The parties' joint motion for dismissal with prejudice (Doc. 19) is **GRANTED**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

    ORDERED in Tampa, Florida, on August 13, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE